IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE: | * |
| F. BRUCE CORNEAL, TRUSTEE | * |
| Appellant, | * |
| v. | *   Civil No.: L-00-3781 |
| BRIAN A. GOLDMAN, CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATE OF MARK S. CORNEAL, | * |
| Appellee | * |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER DISMISSING APPEAL AS MOOT

Upon consideration of the *UNOPPOSED* Motion of Chapter 7 Trustee to Dismiss Appeal as Moot (the "Motion"), ~~and of any response in opposition thereto,~~ and it appearing to this Court that the consummation of the sale that is the subject of this appeal has mooted this appeal, it is this **15TH** day of **February**, 2001, hereby

**ORDERED**, that the Motion be, and hereby is, **GRANTED**; and it is further

**ORDERED**, that this appeal be, and hereby is, **DISMISSED**.

_____
United States District Judge

cc:   Gerard R. Vetter, Esquire
Goldman & Vetter, P.A.
36 S. Charles Street, Suite 2401
Baltimore, Maryland 21201

60753v2

Alfred Lawrence Toombs, Esquire
Greenbelt Professional Center
8957 Edmonston Road, Suite A
Greenbelt, Maryland 20770-4044

Tammy C. Drescher, Esquire
4 Reservoir Circle, Suite 107
Baltimore, Maryland 21208

Alan J. Perlman, Esquire
Fowler, White, Burnett
Banick & Strickroot, P.A.
100 Southeast Second Street, 17th Floor
Miami, Florida 33131

F. Bruce Corneal
Crane Point Resort & Marina
7200 Aviation Boulevard
Marathon, Florida 33050

60753v2